**File Hashes for IP Address 24.161.62.124**

**ISP:** Time Warner Cable
**Physical Location:** Rhinebeck, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/11/2015 12:28:23 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 06/11/2015 00:20:22 | 16411075DCA68C596FA436532AD5E4BC67C2980C | A Girl Like You |
| 06/01/2015 14:53:14 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |

**Total Statutory Claims Against Defendant: 129**

EXHIBIT A

SNY208