## X-art Unauthorized Pack #89

| | | |
|---|---|---|
| A Dream Of You | A Little Time For Myself | A Perfect Match |
| Afterthoughts | All About Anna | All Oiled Up |
| And Then There Was You | Angelica means Angel | Any And All For You |
| Baby Blues | Barely Fits | Beautiful Girl |
| Black and White | Blindfold Me Part #2 | Blonde Perfection |
| Bohemian Rhapsody | Brazilian Love Affair | Breakfast At Eves |
| Cat Fight | Chloe Loves Carl Part 2 | Come Close |
| Creamy | Cum In Get Wet | Cut Once More Please |
| Deep Down In Me | Do Me Darling | Double Daydreams |
| Early Morning Orgasm | East Meets West | Elevated Erotica |
| Epic Love | Fantasy Come True | Fashion Fantasy |
| Feeling Frisky | First Time | For Your Eyes Only |
| Forever You Part #2 | From Three to Four Part 2 | Fuck Me More |
| Get Wild at Home | Give Me More | Go Down On Me |
| Happy Birthday Capri | High School Dropouts | Highrise Rendezvous |
| I Want to Tell You | I Want You To Want Me | I Will See You In The Morning |
| In Love with a Girl | In the blind | In The Dark |
| Just Watch | Just Watch Part 2 | Knock On My Door |
| Light My Fire | Listen To Me Cum | Lonesome Without You |
| Lovers at Home | Lovers in Paradise | Meet My Lover From Austria |
| Move with Me | My Naughty Girl | Nice and Slow |
| One Show For Each | Only The Lonely | Paint Me Beautiful |
| Play Me | Playing Dress Up | Precious Metal |
| Pretty Little Belle | Queen of Hearts | Raw Passion |
| Rope Priority | Santas Little Helper | Saturday Eve |
| Serving Seduction | Sexy and Wild | Smarty Pants |
| Spanish Heat | Spellbound | Strawberry Morning |
| Sunset Memories | Sweet Dreamers | Tantric Massage |
| Tease Me Please Me | The Journey | The Young and the Restless |
| They Only Look Innocent | They Seem so Sweet | This Really Happened |
| Tiffanys Tight Ass | Tight and Wet | Two By Two |
| Unveiling Part #2 | Wake Me Up | Yours Forever |

**Total Registered Works in X-art Unauthorized Pack #89: 127**

Exhibit C

SNY208