UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                 Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
24.161.62.124,

                 Defendant.

-----------------------------------------------------------X

Case No. 7:15-cv-06203-KMK

Judge Karas

## ORDER ON PLAINTIFF'S FIRST LETTER MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Letter Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have at least sixty (60) days, or until February 16, 2016 to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 7th day of December, 2015.

By: _____
UNITED STATES DISTRICT JUDGE

1